# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-4461

_____

United States of America

*Plaintiff - Appellee*

v.

Ronda L. Easton

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 31, 2017
Filed: September 6, 2017
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ronda Easton directly appeals after she pleaded guilty to drug, firearm, and money-laundering charges, pursuant to a plea agreement that contained an appeal

waiver, and the district court[1] imposed a below-Guidelines-range prison term.  Her counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

We conclude that the appeal waiver is valid, applicable, and enforceable.  <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers).  Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.  Accordingly, we grant counsel's motion, and we dismiss this appeal.

_____

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.